UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SHAMIR LEFLORE,

    Plaintiff,

v.

COUNTY OF ALBANY, CORRECTIONAL MEDICAL CARE, INC., EMRE UMAR, AZAZ HAIDER-SHAH, M.D., facility physician, SILVER NOAHSON MASABA, M.D., facility physician, ANNA PAULINO, Nurse Practitioner, CRAIG APPLE, Sheriff, CHRISTIAN CLARK, Superintendent,

    Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Index No.: 9:14-cv-932 (GTS/TWD)

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, and whereas the above-entitled action was previously discontinued as to defendant Silver Noahson Masaba, the above-entitled action be, and the same hereby is discontinued as to the remaining defendants, County of Albany, Correctional Medical Care, Inc., Emre Umar, Azaz Haider-Shah, Anna Paulino, Craig Apple, and Christian Clark, with prejudice to either party as against the other. An order to this effect may be entered without further notice with the Clerk of the Court.

Dated: July 19, 2016
      Albany, New York

Law Office of Jessica M. Gorman

By: JESSICA M. GORMAN
74 Chapel Street, 2nd floor
Albany, New York 12207
*Attorney for the Plaintiff*

Steinberg Symer & Platt LLP

By: JONATHON E. SYMER
27 Garden Street
Poughkeepsie, New York 12601
*Attorney for the Defendants*

1

Law Offices of Elmer Robert Keach, III, P.C.

By: ELMER ROBERT KEACH, III
1 Pine West Plaza, Suite 109
Albany, New York 12205
*Attorney for the Plaintiff*